**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2012**

JIMMY CHIP E,

        Plaintiff - Appellant,

    and

PETER B; KAREN W.; MICHELLE M,

        Plaintiffs,

        v.

MARSHALL C. SANFORD; EMMA FORKNER; BEVERLY BUSCEMI; KELLY FLOYD; SOUTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, The; SOUTH CAROLINA DEPARTMENT OF DISABILITIES AND SPECIAL NEEDS, The; ANTHONY KECK; RICHARD HUNTRESS,

        Defendants - Appellees,

    and

NIKKI RANDHAWA HALEY,

        Defendant.

Appeal from the United States District Court for the District of South Carolina, at Greensville.  Timothy M. Cain, District Judge.  (6:10-cv-00767-TMC)

Submitted:  May 31, 2018                          Decided:  June 19, 2018

Before MOTZ and KEENAN, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Patricia Logan Harrison, Columbia, South Carolina, for Appellant. William H. Davidson, II, Kenneth P. Woodington, DAVIDSON, WREN & PLYLER, P.A., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Chip E appeals the district court's order denying his motion for costs and attorney's fees as untimely. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *E v. Sanford*, No. 6:10-cv-00767-TMC (D.S.C. July 28, 2017). We deny E's motion to supplement the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*